**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Matthew T. Theriault (SBN 244037)
mtheriault@clarksonlawfirm.com
Bahar Sodaify (SBN 289730)
bsodaify@clarksonlawfirm.com
9255 Sunset Blvd., Ste. 804
Los Angeles, CA 90069
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff Connor Hauer and the Class*

**FREEMAN, FREEMAN & SMILEY, LLP**
Dawn B. Eyerly (SBN 185074)
dawn.eyerly@ffslaw.com
Jeffrey M. Jensen (SBN 262710)
jeffrey.jensen@ffslaw.com
1888 Century Park East, Ste. 1500
Los Angeles, CA 90067
Tel: (310) 255-6100
Fax: (310) 255-6200

*Attorneys for Defendant NV Nutrition, LLC*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNOR HAUER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>NV NUTRITION, LLC, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:19-cv-09520-CJC-GJS<br><br><u>CLASS ACTION</u><br><br>Hon. Cormac J. Carney<br><br>**JOINT STIPULATION TO VACATE ALL DEADLINES AND HEARING AND NOTICE OF SETTLEMENT**<br><br>[Proposed Order filed concurrently herewith] |

1
JOINT STIPULATION AND NOTICE OF SETTLEMENT

**JOINT STIPULATION**

Plaintiff Connor Hauer ("Plaintiff") and Defendant NV Nutrition, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, enter into the following stipulation, based upon the recitals below:

WHEREAS, the Parties have reached a settlement, are in the process of finalizing the settlement documents, and anticipate that they will be in a position to file a notice of voluntary dismissal within the next 45-60 days.

NOW THEREFORE, Counsel for the parties have conferred and have agreed, subject to Court approval, that all current deadlines and hearing be vacated.

IT IS SO STIPULATED.

DATED: March 6, 2020         **CLARKSON LAW FIRM, P.C.**

　　/s/ Ryan J. Clarkson　　
Ryan J. Clarkson, Esq.
Matthew T. Theriault, Esq.
Bahar Sodaify, Esq.

*Attorneys for Plaintiff Connor Hauer and the Class*

DATED: March 6, 2020         **FREEMAN, FREEMAN & SMILEY LLP**

　　/s/ Dawn B. Eyerly　　
Dawn B. Eyerly, Esq.
Jeffrey M. Jensen, Esq.

*Attorneys for Defendant NV Nutrition, LLC*

## ATTESTATION OF FILER

Pursuant to Civil Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 6, 2020  **CLARKSON LAW FIRM, P.C.**

　　/s/ Ryan J. Clarkson
By: Ryan J. Clarkson

*Attorneys for Plaintiff Connor Hauer and the Class*