**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Matthew T. Theriault (SBN 244037)
mtheriault@clarksonlawfirm.com
Bahar Sodaify (SBN 289730)
bsodaify@clarksonlawfirm.com
9255 Sunset Blvd., Ste. 804
Los Angeles, CA 90069
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff Connor Hauer and the Class*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNOR HAUER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>NV NUTRITION, LLC, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:19-cv-09520-CJC-GJS<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Judge:      Hon. Cormac J. Carney<br>Action Filed:  November 5, 2019 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41, Plaintiff Connor Hauer ("Plaintiff"), individually and on behalf of all others similarly situated by and through his counsel Ryan J. Clarkson, Matthew T. Theriault, and Bahar Sodaify of Clarkson Law Firm, P.C. hereby voluntarily dismisses this action with prejudice in its entirety. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 27, 2020  **CLARKSON LAW FIRM, P.C.**

By: /s/ Ryan J. Clarkson
Ryan J. Clarkson, Esq.
Matthew T. Theriault, Esq.
Bahar Sodaify, Esq.

*Attorneys for Plaintiff Connor Hauer and the Class*